# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Continental Resources, Inc., an Oklahoma corporation, ) ) ) | |
| Plaintiff, ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. ) ) | |
| North Dakota Board of University and School Lands, and the United States of America, ) ) ) ) | |
| ) | Case No. 1:17-cv-014 |
| Defendants. ) | |

Before the court are motions for attorneys Paul R.Q. Wolfson, Nathaniel B. Custer, and David W. Ogden to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Wolfson, Custer, and Ogden have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 6, 7, and 8) are **GRANTED**. Attorneys Paul R.Q. Wolfson, Nathaniel B. Custer, and David W. Ogden are admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 24th day of February, 2017.

                                        */s/ Charles S. Miller, Jr.*
                                        Charles S. Miller, Jr.
                                        United States Magistrate Judge