**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Continental Resources, Inc., an Oklahoma corporation, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| North Dakota Board of University and School Lands, and the United States of America, | ) ) ) ) | Case No. 1:17-cv-014 |
| Defendants. | ) ) | |

Before the court is a "Motion to Cancel Deadline and Set a Status Conference" filed by the United States on May 10, 2017. The United States' response to plaintiff's Complaint is due on May 12, 2017. It requests that the court cancel its deadline for filing a response so that can assess legislation recently enacted in North Dakota that addresses ownership of mineral interests in land submerged by Lake Sakakawea. It further requests that the court hold a status conference with the parties in sixty to ninety days.

The United States filed an answer on May 12, 2017. Consequently, its request to cancel its deadline for responding to plaintiff's complaint (Docket No. 15) is **MOOT**. Its request for a status conference (Docket No. 16) is **GRANTED**. The court shall conduct a status conference with the parties by telephone on June 7, 2017, at 10:00 a.m. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 15th day of May, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court