# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| North Dakota Board of University and School Lands, | ) ) ) | Case No. 1-17-cr-14 |
| and | ) ) | |
| United States of America, | ) ) | |
| Defendants. | ) ) | |

The court conducted a status conference with the parties on August 8, 2017, to discuss how to proceed with this case. During the conference, the court and the parties agreed to the following:

1. The parties shall meet and confer by September 15, 2017, to develop a scheduling plan for this case.

2. The parties shall submit this plan with the court by September 20, 2017. The plan shall include at least those items listed in form Scheduling/Discovery Plan posted on the court's website (www.ndd.uscourts.gov/forms/). Counsel shall confer, complete and prepare the form, obtain the appropriate signatures, and e-mail the document in "WordPerfect" or in "Word" format to ndd_J-Miller@ndd.uscourts.gov. If the parties are unable to come to an agreement, the parties shall separately submit their proposed scheduling plans with the court also by September 20, 2017.

3. The court will conduct a scheduling conference with the parties on September 22,

2017, at 10:00 a.m. CST.  Chambers will initiated the conference call.

**IT IS SO ORDERED.**

Dated this 8th day of August, 2017.

*/s/  Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
