# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| North Dakota Board of University and | ) | |
| School Lands, and the United States | ) | Case No. 1:17-cv-014 |
| of America, | ) | |
| | ) | |
| Defendants. | ) | |

On September 22, 2017, the court issued an order approving the parties scheduling/discovery plan. (Doc. No. 29). This plan provided the following in relevant part:

> The parties agree to meet and confer within fourteen (14) days following the court's disposition of all Motions to Dismiss Plaintiffs' Amended Complaint. Among other things, the parties will discuss at that time and seek to reach agreement on a schedule of discovery deadlines, including for discovery motions; the timing and content of Rule 26(a)(1) and 26(a)(20 disclosures; the scope of issues on which discovery will be taken; limits on the permissible number of interrogatories each party may serve and depositions each party may take; the utility of pursing alternative dispute resolution; a schedule of deadlines for motions to join parties, motions to amend pleadings to add claims or defenses, summary judgment motions, and other nondispositive motions; and the anticipated length of trial.

(Id. at ¶ 4).

On December 31, 2018, the court issued an order denying the United States' motion to dismiss for lack of jurisdiction. (Doc. No. 49). As there are currently no other motions pending, the parties shall meet and confer as previously agreed and thereafter submit a revised scheduling/discovery plan by January 22, 2019, to the undersigned at ndd J-Miller@ndd.uscourts.gov, The court shall hold a scheduling conference with the parties by telephone on January 24, 2019, at 10:00 a.m. CDT. Those wishing to participate in the conference

are to call the telephone number and enter the access code provided by separate email.

**IT IS SO ORDERED.**

Dated this 4th day of January, 2019.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court