# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Continental Resources, Inc., an Oklahoma corporation, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| North Dakota Board of University and School Lands, and the United States of America, | ) ) ) ) | Case No. 1:17-cv-014 |
| Defendants. | ) ) | |

Before the court is the United States' "Motion to Stay Action Due to Lapse of Appropriations." It requests the court to stay this action until appropriations are restored to the applicable government agencies.

The court **GRANTS** the United States' motion (Doc. No. 51). The scheduling conference set for January 24, 2019, is canceled and the above-entitled action is stayed until appropriations are restored and Department attorneys and Bureau of Land Management personnel are permitted to resume their usual civil litigation functions.

**IT IS SO ORDERED.**

Dated this 10th day of January, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court