# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| North Dakota Board of University and School Lands, and the United States of America, | ) | Case No. 1:17-cv-014 |
| Defendants. | ) | |

On motion by the United States, the court issued an order on January 10, 2019, cancelling the scheduling conference set for January 24, 2019, and staying the above-entitled action until appropriations were restored to the applicable federal government agencies.

On January 29, 2019, the United States filed a Notice of Restoration of Appropriations. Therein it requested that the court reschedule the scheduling conference. The court lifts the stay and **GRANTS** the United States' request (Doc. No. 54). The parties shall submit a revised scheduling/discovery plan by March 15, 2019, to the undersigned at ndd_J-Miller@ndd.uscourts.gov. The court shall hold a scheduling conference with the parties by telephone on March 18, 2019, at 10:00 a.m. Those wishing to participate in the conference call should call the following number and enter the following access code:

Tel. No.: (877) 848-7030
Access Code: 9768929

**IT IS SO ORDERED.**

Dated this 30th day of January, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court