# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Continental Resources, Inc., <br> an Oklahoma corporation, <br><br> Plaintiff, <br><br> vs. <br><br><br> North Dakota Board of University and <br> School Lands United States of America, <br><br> Defendants. | **ORDER FOR STATUS CONFERENCE** <br><br><br> Case No.: 1:17-cv-014 |

The court shall hold a status conference with the parties by telephone on April 7, 2020, at 9:00 a.m. CDT. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 13th day of January, 2020.

                                            */s/ Clare R. Hochhalter*
                                            Clare R. Hochhalter, Magistrate Judge
                                            United States District Court