# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Continental Resources, Inc. | ) | **ORDER RE: BRIEFING SCHEDULE** |
| Plaintiff, | ) | |
| vs. | ) | |
| North Dakota Board of University and School Lands, and United States of America, | ) | |
| | ) | Case No.: 1:17-cv-14 |
| Defendants. | ) | |

As articulated during today's status conference, the Court sets out the below briefing schedule for motions for partial summary judgment with respect to the disputed nonpatented public lands.

1. Motions for Summary Judgment are due simultaneously on May 7, 2020;

2. Responses are due June 5, 2020;

3. Replies are due June 12, 2020.

**IT IS SO ORDERED**.

Dated this 7th day of April, 2020.

                                              */s/ Clare R. Hochhalter*
                                              Clare R. Hochhalter
                                              United States Magistrate Judge